Name: Kirk Medak
Mailing address: PO Box 460
City, State, Zip: Kasilof Alaska 99610
Telephone: 907 741 1039

RECEIVED
OCT 17 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Mars Embassy,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

State of Alaska,
Attorney Generals Office
550 W 7th Ave,
Anchorage Alaska 99501,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:22-CV-00222-SLG
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **Kirk Medak**,
   (print your name)

who presently resides at **PO Box 460 Kasilof, Alaska 99610**,
                          (mailing address)

were violated by the actions of the individual(s) named below.

Judge M. Higuchi   Kenai

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __State of Alaska / AG office__ is a citizen of
(name)
__AK__, and is employed as a __Attorney General__.
(state) (defendant's government position/title)

__kw X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Michelle Higuchi__ is a citizen of
(name)
__AK__, and is employed as a __Judge__.
(state) (defendant's government position/title)

__Ku X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Lisa Murkowski__ is a citizen of
(name)
__the AK__, and is employed as a __Senator US. Congress__.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something). Missing Law Review

Pull / To stop the Murkowski Domestic Violence Bill (not a law)

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

1. The Murkowski Domestic Violence Bill was fashioned after laws coming out of Berlin 1945, a short time later the U.N. banned them Internationally

2. No Law Review
   No Peer Review
   No Cross Check

3. It's Unconstitutional
   Articles  Bill of Rights

Claim 1: On or about __June 2 - Oct 1  123 day__, my civil right to
_I was not allow to return to my home residence_ No one had been in 2-4 moNTHS
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by __Michelle Higuchi, Judge S.O.A__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On June 28, 2022 at 1:30PM "I said I just want to go home, It's been 26 days..." "No I don't care. The Law allows it." interrupted Judge Jennifer Wells 3-KN-00596CR
I had to plead guilty to a crime I did not commit just so I could (begin the process) to go to my own home
Really
In civil court Judge Hughi still would not let me go home to protect Carla Grosvold my former girl friend to of over a Four (4) month process and she wasn't even living there
The grass to the outhouse was not trampled down, The cat food dishes were out side (not inside) And it gave here kid and his gang to ravage my empire and it was court order protected

I was court order out of my house for 123 days (4 mo) For What? to protect the mice? Because Carla had not been there for some time
1. Unlawful law being used to support criminal behavior and I can get no rielf from the State

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about __June 2 - Oct 1, 2022__, my civil right to
(Date)
__Free Speech__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by __Treg T. Attorney General & SOAA__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

There are 20,000 other victims of this

Unlawful law

on the Kenai Peninsula alone

Unfair - Unjust - Unlawful

I never got to tell my side
I was never involed
I was asleep

According to my PDE "We all know Carla doesn't alway tell the truth!
She Lied
and I spent 128 day in Agonizing Hell because the State of Alaska was violating Federal law while proclaiming The law allows it (AK law maybe not IV

The Right of the people to be secure in their persons houses papers and effect against unreasonal Sher serches and siezures shall not be violated

And SOA did for 128 day Driving me crazy and I just want to share it w/ All

Claim 3: On or about __2001__ (Date), my civil right to __Her dad in a great deal of pain taking Opioid Narcotics__
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Lisa Murkowski - chirping in Daddy's ear__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

It allows the thieves to rien supreme in the state of Alaska

I have been demonized by the State for almost 20 years because of this Abomination is not even a law
it does not meet any standards that I know of. GULAWREVIEW72

Therefor it's not a law

It's just a dirty Rag

and I am Livid beyond belief

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✗__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

[Handwritten "n/a" with bracket spanning the entire Previous Lawsuits section]

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ <u>10.6 b USD</u>     $1.06 \times 10^{10}$ b USD

Ten point zero six billion United States Dollars or Three years operating Budget for SOA whichever is greater

2. Punitive damages in the amount of $ __Included__

3. An order requiring defendant(s) to __Immediate Cease and Desist__
   __Declare Null and Void__

4. A declaration that _____

5. Other: __Declare "null and void" shred it/burn it/gone__

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __US District Court__ on __10/17/2022__
  (Location)                              (Date)

__/s/ Kirk Meade__
(Plaintiff's Original Signature)

_____    _____
Original Signature of Attorney (if any)        (Date)

__Kirk Meade__
__PO Box 460__
__Kasilof Alaska 99610__
Attorney's Address and Telephone Number

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 7 of 7