# The Murkowsk Domestic Violenc Bill

Rendering

I is the opion of this ~~court~~ Review

**1.** fashoned after laws banned in Nuremburg, Germany 1945 an shortly thereafter by the United Nations to an Internation Ban

= no lawfull law in the trade we call it a Dirty Rag

---

**2.** Lacking Law Review
No Peer review
No Cross check

= no lawful law in the trade we call it a Dirty Rag

---

**3.** Unconstitutional
Articles
I II IV et al

= Definately a Dirty Rag

**4.** R.I.P  Bill of Rights Attached to the Constitution of the United States of America

A is it a law?
B not by any definitions

**5** Replacment Program & Reparations

Mars Embassy

V

SOA (State of Alaska)

Kenai

42 USC § 1983 claim
Attched to
3-KN-22-00486cl
Judge Hiskochi

The Mokowski Domestic Violence Bill is not a law by any standard that I know. While something is needed. This abomination of a law goes against every thing I LOVE about the law.

The misuse of an unlawful law smakes of crimes against the state which the state created

I move for "Cease and Desist" (Stop) as well as "Null and Void" (Discard)

1

There are Damages in the amount of 10.6 b USD or three years operating budget, which ever is greater.

This sum will not be leaving the State as most would do. This is my home. I have lived and worked amongst you for better than half a Century (51 yr) If you have any questions about me I that you have had more than enough time to do so. I am retired and wish to stay so.

The laws in Alaska
- allowed the thieves to steal my son
- allow the thieving to steal half a million dollars in my retirement
- allowed the thieves to steal m[y]

2

For the curb and gutter crowd. Imports trying to make mini Americas out of pristine wilderness bring the sline of corporate America to our shores. Cruise Ships dumping bilge water w/o raw into the pristine waters because it "legal". Foreign Mining Companies poised to kill the natural environment including the very food we eat and depend on, Salmon,

A rich and bountiful countryside filled with game is no more

The crabbing and shrimp of Ketchum Bay are now silent.

The land of the free and the brave are gone too

Replaced by Corporate America it's rules, regulation, statoes are now under question because of a discrace to the Legal Community

How Dare You

The Arrogance and Hubricee of the judges cruel, mean minded and sadistic perhaps even criminal. There is no excues why did no one question this before. The cone of silence reminds me of the Mafia and its Gomba tactics

# How Dare You

You wake me at midnight to russle me out of bed while the Alaska state troopers shouted at an empty building for an hour or two waking the neighbors and general rokus, Disturbing the Peace, Peace Officers?"

Equipment at Wildwood delay in my release because their credit card machine was down.

The playing with my cell phone blocking my attorneys calls and measing the calender data and data smaks of Cyber Crime

During this time Everyone was listening to Carla yet I was never really permitted to tell my side of the story. Worst of all my house was seized by the state for One Hundred and Twenty Three (123) Day while Carla was not present. The gross to the outhouse ondrodrq The amount in the out house substancially less than if someone had stay for (4) mouths and there were cat food and water dishes out side so the cat could stay out side unattended. This cell smales of

Fraud

The agony of the Judges standing on my Fourth Amendment Rights which pushing an unlawful law brings forth Witches on Crusade in the New Salem where I am to be sacrificed to what...?

To What, I say

    It's not about Equality
    It is not about Violence
    It's not even about Justice

It's about Money

    I refuse to be your Currency now
    You can be my currency under
    42 USC § 1983 al

Very little of the Damages will go to me, or my organization.

The money will be used to say

I'm sorry to the Victims of an unlawful law

A human fair and just Program is in the works. New program always have lots of bugs and seldom streams effortlessly. Yet anything would be better than the Tyrany of what I faced.

For thirty years I have been demonized by the State as Violent and forceful. yet nothing could be fother than the Truth

/9

I was taught to be a Gentleman and I am to endure the vicious and vindictive nature of every woman I meet because of bearing false witness

What self respecting guy is going to pick up the phone dial 911 and tell them I have just gotten beat up by my girlfriend — Not Come on This fair?

To Whom I Ask

Oh the plaintif no deceibt because as she was not at my residence Fifty Thousand ($50,000) Dollars in my property ended up

9

missing and the all the information for who the most likely suspects were were on the short and long term protective order free to cherry pick only the best and leave me with the joker

This is Fair?
where? on what planet?

But the worst was living in a tin box with no heat, no bath, no running water. Conditions the First Worlds would call "Unacceptable" I had to endure for 123 days (4 months) in the cold in the rain in the wind blowing at 80 mph per hour.

Substandar

10

But not knowing when I could go home was an agonizing experience. Even the United Nations would call this cruel and unusual. And while the plantiff and defendey were both good to go on Septen 28 10 30 PM Judge Mickell through a hissy fit and called my script

Unacceptable

Yet did she ask for clarification or what I meant. No she launched into a tyrad that made me glad the court house troopers were present. That kind of uncontrolled outburst sets a poor example of a standing Judge on the bench

As far as a business license and EIN

This is not your typical shop.

Why would a planet want a business licen business license

Even the U.S. State Department is fresh out of applications for off would Embassies. Well buko, you better get prepared. [There is a big intergalactic snowball head this way. My friends call it a (*) singularity. I call it a Herd.

And what is Folling? ( behind the snow ball? I do not know

Silver Rain is all I get back from the sounding -

The Resurrection perhaps? (or something else) (I do not know)

(*) Is it possible that something Shooting @ the snowball and breaking it up to make it a herd instead of a singularity? I'd rather get shot w/ birdshot than a Union 6ᵗʰer (cannonball)

Case 3:22-cv-00222-SLG   Document 1-1   Filed 10/17/22   Page 13 of 15

12

And why did Judge Huguchi delay my return to my home an additional 48 hours. Was it to show who was in power. Well that would be me cool calm collected try to explain errors occur.

So why the two Extra days. I can only guess "I'll show you" was it perhaps?
This IS Alaska Vast Rugged Wild And then theres the men who have to put up with misbehaving women be the partner or spouse
partner spouse

I'm tired of going to Jail for being hit.

12

Lets put it this way:

I've got a planet
two moons
and
a waterwhole on
Europa

What do you have?

a bunch of ~~facist~~ feminists?
and you don't even own
the land you stand on.

How ~~Pathetic~~ Pathetic

$ $1.06 \times 10^{10}$ USD   Please Remit-

$ 10.6 bUSD   Ten point six billion dollars
10,600,000,000.00 USD   United States currency,

Four the Pain and useless suffering you caused,
To All.

/13